UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 6:15-CR-43-GFVT-HAI**

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              **MOTION TO CONTINUE TRIAL**

RALPH MINIET                                                          DEFENDANT

\* \* \* \* \*

The United States of America moves the Court to continue the trial currently set for Monday, September 9, 2019. In support of this motion, the Government asserts the following:

Several factors warrant the proposed continuance. First, the status and availability of Maria Boada, a codefendant and essential witness in this case, is still up in the air. The BOP recently advised undersigned counsel that Ms. Boada's current medical condition still prevents her from being transported. Therefore, the proposed continuance would allow the Government the needed time in which to explore alternative means of her participation, such as by and through deposition or through remote video access. Second, the undersigned is scheduled to begin a trial with Judge Karen Caldwell in Pikeville, KY, on September 3, 2019. It appears as if that case will, in fact, be going to trial. It is possible that this trial might spill over into the following week, creating scheduling issues for the Government. Finally, the parties are in active plea negotiations, with a proposed plea agreement expected

to be approved and submitted to the Defendant today, Friday, August 23, 2019. The requested continuance would allow the parties time to fully negotiate the terms of this potential offer. I have spoken to defense counsel who has no objection to the continuance.

Based on the foregoing, the Speedy Trial Act is tolled pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and (B). In addition, the ends of justice outweigh the public and Defendants' interests in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7).

Therefore, the United States respectfully requests that the Court grant a continuance of thirty (30) days in order to secure the appearance of this essential witness.

                                           ROBERT M. DUNCAN, JR.
                                           UNITED STATES ATTORNEY

                     By:     s/ W. Samuel Dotson
                                Assistant United States Attorney
                                601 Meyers Baker Rd.  Suite 200
                                London, KY 40741
                                (606) 330-4827
                                FAX (606) 864-3590
                                wiliam.s.dotson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed this document through the ECF system, which will send notice of the filing to all counsel of record.

                                           s/ W. Samuel Dotson
                                           Assistant United States Attorney