# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

### CASE No: 15-CR-00043-GFVT-HAI

**UNITED STATES OF AMERICA**

*Plaintiff,*

**v.**

**RALPH MINIET,**

*Defendant.*

_____/

## RULE 12.2(b) NOTICE

**COMES NOW** the Defendant, RALPH MINIET, by and through undersigned counsel, and hereby provides notice of his intention to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt. The expert witness will be Dr. James A. Jordan. M.D. A copy of Dr. Jordan's report has been produced to the United States.

Respectfully submitted,

**PRIETO LAW FIRM**
The White Building
One N.E. 2nd Avenue, Suite 200
Miami, FL 33132
Phone: (305) 577-3440
Fax:    (305) 358-2503
frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on this **28th day of August 2019,** I electronically filed the foregoing document with Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By: */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071