# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO: 6:15-CR-43-GFVT-HAI**

**UNITED STATES OF AMERICA**                  **PLAINTIFF**

**V.**        **MOTION TO PERMIT VIDEO TELECONFERENCE TESTIMONY OR TESTIMONY BY DEPOSITION**

**RALPH MINIET**                  **DEFENDANT**

\* \* \* \* \*

The United States of America moves the Court to permit the video teleconference (VTC) testimony of the Government's witness, Maria Boada. In support of this motion, the United States asserts the following:

As the Court is aware, Ms. Boada is in BOP custody. She is suffering from a variety of health issues, some of which are life-threatening. These health issues preclude her from traveling in connection with the currently scheduled trial date. As one of the owners of the pain clinic at issue herein, and the employer of the Defendant, Ms. Boada is an essential witness for the United States. Because she is not otherwise available to appear in person, the United States respectfully requests that she be allowed to testify live, via VTC. If the Court is not inclined to grant this motion, the Government alternatively requests that the

Court permit the parties to take a video-recorded deposition of Ms. Boada at the facility in which she is incarcerated and to record this deposition, to be played at trial for the jury.

Wherefore, the United States respectfully requests that the Court allow Maria Boada to testify via VTC, or, alternatively, testify through a recorded deposition.

                                            Respectfully Submitted,

                                            ROBERT M. DUNCAN, JR.
                                            UNITED STATES ATTORNEY

By:    s/ W. Samuel Dotson
        Assistant United States Attorney
        601 Meyers Baker Rd. Suite 200
        London, KY 40741
        (606) 330-4827
        william.s.dotson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2019, the foregoing was electronically filed through the CM/ECF system, which will send notice of the filing to counsel of record.

                                            s/ W. Samuel Dotson
                                            Assistant United States Attorney