UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CASE No: 15-CR-00043-GFVT-HAI

UNITED STATES OF AMERICA

*Plaintiff,*

**v.**

RALPH MINIET,

*Defendant.*
_____/

MOTION FOR REARRAIGNMENT ON A PLEA
OF NO CONTEST BEFORE THE DISTRICT JUDGE

**COMES NOW** the Defendant, **RALPH MINIET**, by and through undersigned counsel, and moves this Honorable Court for an Order allowing Mr. Miniet to be rearraigned in this matter on a plea of No Contest. Mr. Miniet prays that this Court set the matter before the Honorable Judge Gregory Van Tatenhove.

Counsel has consulted with Assistant United States Attorney, Sam Dotson, who has advised that he has no objection and agrees that the matter should be scheduled before the District Judge; however, Mr. Dotson objects to the entry of a No Contest plea.

Counsel and the Defendant will make themselves available at the discretion of the Court's calendar, and respectfully request the Court grant this motion to enter a No Contest plea in this matter.

Respectfully submitted,

**PRIETO LAW FIRM**
The White Building
One N.E. 2nd Avenue, Suite 200
Miami, FL 33132
Phone: (305) 577-3440
Fax:    (305) 358-2503
frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on this **25th day of October 2019,** I electronically filed the foregoing document with Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By:     */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071