UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CASE No: 15-CR-00043-GFVT-HAI

**UNITED STATES OF AMERICA**

Plaintiff,

**v.**

**RALPH MINIET,**

Defendant.
_____/

## DEFENDANT RALPH MINIET'S MOTIONS IN LIMINE

**COMES NOW** the Defendant, RALPH MINIET, by and through undersigned counsel, pursuant to the Court's Standing Pretrial and Trial Management Order and hereby files his Motion in Limine.

First Motion in Limine:

Undersigned moves this honorable court to not permit the government to admit medical testimony through the lead agent in matter, TFO Dalrymple. The government, through their expert disclosure goes through a laundry list of "opinions" and suggests that he will offer medical opinions or opinions that require a medical foundation.

Second Motion in Limine:

Undersigned moves this honorable court to not allow TFO Dalrymple to testift as to an ultimate issue in this matter, to wit: that the clinic in which the defendant was employed was a "pill-mill." The term in and of itself implies that the defendant is guilty of a crime and

by allowing the lead agent to refer the Angel's Clinic as a "pill-mill," the court is allowing the agent to give his opinion that the defendant is guilty; guilt is to be determined by the trier of fact, not testified to through opinion evidence of the lead detective.

Third Motion in Limine:

Undersigned counsel respectfully requests the court not permit the government's "expert," Dr. Reisfield, to testify as to whether defendant's conduct was criminal or illegal or violated the law; he should also not be permitted to testify that the defendant knowingly and intentionally distributed oxycodone by writing prescriptions for that drug outside the usual course of professional practice and not for legitimate medical purposes. *United States v. Robinson*, 255 F.Supp.3d 199 (Dist. Ct., District of Columbia 2017).

Fourth Motion in Limine:

Undersigned counsel requests this honorable court to limit all government witness testimony so as not to include any mention of sexual abuse of minors relating to the investigation in the matter sub judice. In the prosecution of KENNEDY (15-cr-00009-KKC-EBA), several government witnesses testified about sexual misconduct with a minor concerning that prosecution and that defendant only. KENNEDY is alleged to have sent patients to the Angel's medical clinic to see Dr. Miniet. There is no evidence Dr. Miniet even knew or ever met KENNEDY and certainly had no connection to the allegations of sexual abuse of minors.

Fifth Motion in Limine:

Undersigned requests the government witnesses be prohibited to refer to the Angel's Medical clinic as "Dr. Miniet's Office," or "Dr. Miniet's Clinic," or anything of the like. Dr. Miniet was employed by Angel's as was not an owner. Several reports confuse acts of others

that worked at the clinic who refer to Angel's as Dr. Minient's Office. All reports, debriefs, and statements show that co-defendants, Sonia Castellon and Maria Boada controlled the clinic and were the actual owners.

Sixth Motion in Limine:

Undersigned requests that that testimony of any government witness be limited to preclude any reference to a Medicare fraud investigation concerning Dr. Miniet. Government witnesses testified at the prior trial that Dr. Miniet did not "take" or "accept" medicare; additionally, agent Crystal Centers testified to the grand jury about an apparent investigation that has no relevance to the crimes charged in this matter. Dr. Miniet was never charged with any crime and undersigned has never received any documentation, reports, or other information regarding this investigation. It is irrelevant, prejudicial, and has no probative value.

The Defendant reserves the right to supplement his motions in limine as permitted by the Court.

**WHEREFORE,** the Defendant, RALPH MINIET, by and through undersigned counsel, respectfully requests that this Court enter an Order granting the motions in limine and instruct the government not to illicit testimony consistent with the Court's rulings.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 8, 2018,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

**RESPECTFULLY SUBMITTED BY:**

**Prieto Law Firm**
1 Northeast 2nd Ave. Suite 200
Miami, FL 33132
Phone: 305-577-3440
Fax:    305-358-2503
Florida Bar No.: 0514071
frank@frankprietolaw.com


By: **/s/ Frank Andrew Prieto**
          Frank A. Prieto, Esq.