UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 6:15-cr-00043-GFVT |
| V. | ) | |
| RALPH MINIET, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant's Motion to Continue Rearraignment. [R. 371.] Defendant Ralph Miniet's rearraignment is currently scheduled for November 20, 2019. [R. 369.] Counsel for Mr. Miniet has a conflict that day and asks this Court to continue his client's rearraignment until a date after November 22, 2019. [R. 371.] Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that Defendant Ralph Miniet's rearraignment, currently scheduled for November 20, 2019, is hereby **CONTINUED** to **Monday, December 2, 2019** at **1:30 p.m.** at the United States District Courthouse in **Frankfort**, Kentucky.

This the 13th day of November, 2019.

Gregory F. Van Tatenhove
United States District Judge