UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON
CRIMINAL MINUTES-REARRAIGNMENT AND PLEA

Case No.: <u>6:15-cr-43-S-GFVT-1</u>     At: <u>FRANKFORT</u>     Date: <u>December 2, 2019</u>

USA v. <u>Ralph Miniet</u>     _X_ Present     ___ Custody     _X_ OR     Age: _77_

DOCKET ENTRY: Court recognized U.S. Probation Officer Brandon Yarbrough for questions. Oral motion by Defendant for removal of the ankle bracelet is TAKEN UNDER ADVISEMENT.

PRESENT:   HON. ___[signature]___ UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

<u>Colleen Dawkins</u>                    <u>Sandy Wilder</u>                    <u>William Samuel Dotson</u>
Deputy Clerk                         Court Reporter                       Asst. U.S. Attorney

Counsel for Deft:   <u>Frank Andrew Prieto</u>     _X_ Present     _X_ Retained     ___ Appointed

PROCEEDINGS: **RE-ARRAIGNMENT AND NOLO CONTENDERE PLEA**

_X_   Defendant was placed under oath and questioned by the Court.

_X_   Defendant states true name is <u>Ralph Miniet</u>.

_X_   Copy of Indictment previously given to Defendant.

_X_   Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.   ___ Indictment Read.

_X_   Defendant moves to CHANGE PLEA as to <u>Count 1s.</u>

_X_   Court finds the Defendant to be fully competent and capable of entering an informed plea.

_X_   Court finds the plea is knowing, voluntary, and supported by an independent basis in fact.

___   Court finds the waiver of appeal is knowing and voluntary made.

_X_   Court GRANTS the motion. Defendant pleads _X_ **NOLO CONTENDERE** to <u>Count 1s</u>.   ___ Not guilty to

_X_   **NO** Plea Agreement will be filed.

_X_   The transcript shall be deemed the written findings of the Court.

_X_   Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

_X_   Defendant shall remain on bond and conditions of release as previously imposed.

___   Defendant remanded to the custody of the United States.

_X_   Jury trial CANCELED as to this Defendant.

_X_   Sentencing set for <u>Wednesday, April 15, 2020 at 11:00 a.m., at FRANKFORT</u>, Kentucky, before District Judge Gregory F. Van Tatenhove subject to intervening orders of the Court.

Copies: COR, USP, USM, JC, D                    Clerk's Initials: scd                    TIC: 0/41