UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:15-cr-00043-GFVT-HAI-1 |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| RALPH MINIET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on its own motion. In response to the discovery of, and increases in, confirmed COVID-19 cases within the Commonwealth of Kentucky, Chief Judge Danny C. Reeves ordered all court proceedings set to begin before May 1, 2020 be continued generally, subject to further orders. *See* Gen. Order 20-03. Defendant Ralph Miniet's sentencing was previously set for April 15, 2020. [R. 374.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant's Ralph Miniet's sentencing is **CONTINUED** until **Wednesday, June 1, 2020** at **10:00 a.m.** at the United States Courthouse in **Frankfort**, Kentucky.

This the 4th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge